UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/18/2019
```

DESHAWN DAWSON, on behalf of himself and
all others similarly situated,

                    Plaintiff,

          -against-                                                        19 Civ. 586 (AT)

MICHAEL N. ALTMAN FINE ART &                                              **ORDER**
ADVISORY SERVICES, LLC,

                              Defendant.

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled in principle,
ECF No. 14, it is ORDERED that the above-entitled action be and is hereby dismissed and
discontinued without costs, and without prejudice to the right to reopen the action within thirty days
of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to
reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to
retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the
settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court.
Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain
jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is
directed to close the case.

    SO ORDERED.

Dated: April 18, 2019
      New York, New York

                                                  ANALISA TORRES
                        United States District Judge